UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SUSAN SILVERMAN and STUART
SILVERMAN,,

                              Plaintiffs,              **ORDER**
             -against-                          CV 13-1349 (JS)(ARL)

JOSHUA BLACKMAN, VICE ENERGY LLC,
PHILIP DADE, VICE PRODUCTIONS, LLC and
VICE PRODUCTIONS,

                              Defendants.
---------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

       Before the court is the plaintiffs' motion seeking to compel the defendant Joshua Blackman ("Blackman") to appear for a deposition. According to the plaintiffs, Blackman's deposition was noticed for September 22, 2014, but he was unable to appear. Despite several email exchanges between counsel, defense counsel has not provided the plaintiffs with a date for Blackman's deposition, nor has he responded to the instant application. Accordingly, the application is granted as unopposed. Blackman is to appear for a deposition on or before November 28, 2014. Failure to do so may result in the imposition of sanctions.

                                                                 **SO ORDERED:**

Dated:  Central Islip, New York
           October 28, 2014

                                                     _____/s/_____
                                                     Arlene R. Lindsay
                                                     United States Magistrate Judge